# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Debra Ranieri

                                           Plaintiff,

v.                                                                 Case No.: 1:21−cv−03048

                                                                  Honorable Sara L. Ellis

Open Door Clinic Of Greater Elgin

                                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 8, 2021:

       MINUTE entry before the Honorable Sara L. Ellis:Pursuant to the parties' stipulation of dismissal [11], the Court dismisses this matter with prejudice and with each party to bear its own costs and fees. Case terminated. Mailed notice(air, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.